```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MIGUEL DIAZ,                                                       :
                                                                   :
                                   Petitioner,                     :
                                                                   :          25-cv-5428 (LJL)
            -v-                                                    :
                                                                   :              ORDER
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                   Respondent.                     :
                                                                   X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/13/2025__

LEWIS J. LIMAN, United States District Judge:

    The Clerk of Court is respectfully directed to docket the Order of Dismissal in Case No. 25-cv-5428, *see* Dkt. No. 7, in this case as well.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                        LEWIS J. LIMAN
                                                  United States District Judge