UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL DIAZ,** : | |
| Petitioner, : | |
| : | |
| v. : | No. 25-cv-3150 |
| : | |
| **USA,** : | |
| Respondent. : | |

**O R D E R**

**AND NOW,** this 20th day of August, 2025, upon consideration of Miguel Diaz's Notice (ECF No. 4), docketed after this Court ordered his Petition for Writ of *Habeas Corpus* (ECF No. 1), which challenges Diaz's conviction and sentence in the Southern District of New York (23-cr-576), transferred to the United States District Court for the Southern District of New York (ECF No. 3), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **RE-OPEN** this case for purposes of this Order only.

2. The Clerk of Court is **DIRECTED** to transfer the Notice (ECF No. 4) to the United States District Court for the Southern District of New York, as a supplement to the previous transfer; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**